UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HAND PROMOTIONS, INC.,

          Plaintiff,

– against –

OMARA M. HUERTAS REYES Individually and as officer, director, shareholder, and/or principal of 40-60 BROADWAY RESTAURANT, INC. d/b/a/ AQUA MARINA, and 40-60 BROADWAY RESTAURANT, INC., d/b/a/ AQUA MARINA,

          Defendants.

**ORDER**

19 Civ. 7521 (ER)

Ramos, D.J.:

    On August 12, 2019, Joe Hand Promotions, Inc. brought suit against Omara M. Huertas Reyes and 40-60 Broadway Restaurant, Inc. (collectively, "Defendants") for unauthorized use and exhibition of a broadcast, and copyright infringement. Doc. 1. On September 3, 2019, Defendants answered. Doc. 11. On March 11, 2020, the Court held an initial pretrial conference at which a case management plan was entered and a case management conference was scheduled for September 2, 2020 at 10 a.m. The parties were also referred to Magistrate Judge Kevin Nathaniel Fox for settlement. Doc. 16. There is no indication in the record that a settlement conference was ever held. On July 7, 2020, Plaintiff submitted a notice of facts deemed admitted because Defendants had failed to respond to its requests for admission for 112 days. Doc. 17. On August 17, 2020, the Court rescheduled the September 2 case management conference for September 23, 2020 at 10 a.m. Counsel for Defendants failed to appear for the conference on September 23, or otherwise contact the Court.

    The parties are therefore ORDERED to appear before the Court telephonically on **October 14, 2020 at 10 a.m.** so that the Defendants may show cause why the Court should not

enter default judgment against them.  The conference call access information is:  (877) 411-9748, Access Code 3029857#.

It is SO ORDERED.

Dated: September 23, 2020
        New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.